FILED: September 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2320
(A206-895-600)
(A206-895-508)
(A206-895-601)

---

CLAUDIA LISSETH ORELLANA-RAMOS; N.A.R.O.; R.A.R.O.

Petitioners

v.

TODD BLANCHE, Attorney General

Respondent

---

O R D E R

---

Upon consideration of respondent's unopposed motion for an extension of time to file rehearing petition, the court denies the motion.

Entered at the direction of the panel: Judge Quattlebaum, Judge Benjamin and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk